**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

| Case No: | 10-51150 LTB Judge: LAURA T. BEYER | Trustee Name: | BARRETT L. CRAWFORD, TRUSTEE |
|---|---|---|---|
| Case Name: | STEC, JEFFREY RAYMOND | Date Filed (f) or Converted (c): | 08/11/10 (f) |
| | STEC, MELISSA LASCOLA | 341(a) Meeting Date: | 09/13/10 |
| For Period Ending: | 06/30/13 | Claims Bar Date: | 09/06/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. SECU # 5285 savings account<br>SECU # 5285 savings account | 25.37 | 25.37 | | 0.00 | 25.37 |
| 2. SECU # 6915 savings account wife's account joint w<br>SECU # 6915 savings account wife's account joint with father | 25.36 | 25.36 | | 0.00 | 25.36 |
| 3. SECU #7126 checking account<br>SECU #7126 checking account | 775.32 | 775.32 | | 0.00 | 775.32 |
| 4. BB&T checking account<br>BB&T checking account | 1.00 | 1.00 | | 0.00 | 1.00 |
| 5. security deposit<br>security deposit | 1,500.00 | 0.00 | | 0.00 | FA |
| 6. Appliances: washer/dryer, vacuum, crock pot, iron,<br>Appliances: washer/dryer, vacuum, crock pot, iron, toaster, grill; toaster oven; | 286.00 | 0.00 | | 0.00 | FA |
| 7. TV (2), dvd(2), computer, printer; clocks, laptop;<br>TV (2), dvd(2), computer, printer; clocks, laptop; photocopier | 450.00 | 0.00 | | 0.00 | FA |
| 8. Kitchen: table and chairs, bar stools(3); dinnerwa<br>Kitchen: table and chairs, bar stools(3); dinnerware, glassware, flatware, utensils; pots/pans, knives; | 250.00 | 0.00 | | 0.00 | FA |
| 9. Living room: couch, loveseat, coffee table, end ta<br>Living room: couch, loveseat, coffee table, end tables; Den/Family room: couch, recliner; | 450.00 | 0.00 | | 0.00 | FA |
| 10. Bedroom 1: Bed, night stand, dresser; Bedroom 2: B<br>Bedroom 1: Bed, night stand, dresser; Bedroom 2: Bed, night stands, dresser; Bedroom 3: Bed, dresser; | 750.00 | 0.00 | | 0.00 | FA |
| 11. Misc: laundry baskets, Christmas tree; rugs, showe<br>Misc: laundry baskets, Christmas tree; rugs, shower treatments; Linens: | 40.00 | 0.00 | | 0.00 | FA |

LFORM1                                                                                                                           Ver: 17.02f

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 10-51150 LTB Judge: LAURA T. BEYER | Trustee Name: | BARRETT L. CRAWFORD, TRUSTEE |
|---|---|---|---|
| Case Name: | STEC, JEFFREY RAYMOND | Date Filed (f) or Converted (c): | 08/11/10 (f) |
| | STEC, MELISSA LASCOLA | 341(a) Meeting Date: | 09/13/10 |
| | | Claims Bar Date: | 09/06/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| bed spreads, bed linens, pillows, blankets, wash cloths/towels; | | | | | |
| 12. microwave, vacuum, blender, iron, mixer | 70.00 | 70.00 | | 0.00 | 70.00 |
| microwave, vacuum, blender, iron, mixer | | | | | |
| 13. tvs, ipod, playstation II, copier, telephone, alar | 400.00 | 400.00 | | 0.00 | 400.00 |
| tvs, ipod, playstation II, copier, telephone, alarm clock, cell phone | | | | | |
| 14. kitchen: dinnerware/dishes, flatware, pots/pans, k | 150.00 | 150.00 | | 0.00 | 150.00 |
| kitchen: dinnerware/dishes, flatware, pots/pans, knives, utensils | | | | | |
| 15. dining room table & chairs | 250.00 | 250.00 | | 0.00 | 250.00 |
| dining room table & chairs | | | | | |
| 16. loveseat, benches, coffee table, sofa, chair, book | 675.00 | 0.00 | | 0.00 | FA |
| loveseat, benches, coffee table, sofa, chair, bookcase | | | | | |
| 17. bedroom 1: box sprints, mirror, table, bed frame, | 850.00 | 0.00 | | 0.00 | FA |
| bedroom 1: box sprints, mirror, table, bed frame, mattress, dresser, armoire | | | | | |
| 18. bedroom 2: bookcase, bed frame, mattress, dresser, | 300.00 | 0.00 | | 0.00 | FA |
| bedroom 2: bookcase, bed frame, mattress, dresser, toy chest | | | | | |
| 19. bedroom #; box springs, night stand, bookcase, mat | 250.00 | 0.00 | | 0.00 | FA |
| bedroom #; box springs, night stand, bookcase, mattress, bed frame, vanity, dresser | | | | | |
| 20. lamps, laundry baskets, brooms & mops, luggage, Ch | 250.00 | 0.00 | | 0.00 | FA |
| lamps, laundry baskets, brooms & mops, luggage, Christmas tree, pictures, drapery/curtains, rugs, shower treatments, ironing boards | | | | | |
| 21. bed spreads, blankets, sheets, pillowcases, wash c | 75.00 | 0.00 | | 0.00 | FA |
| bed spreads, blankets, sheets, pillowcases, wash cloths, quilts, pillows, towels | | | | | |
| 22. books, pictures | 200.00 | 0.00 | | 0.00 | FA |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 3

| Case No: | 10-51150 LTB   Judge: LAURA T. BEYER | Trustee Name: | BARRETT L. CRAWFORD, TRUSTEE |
|---|---|---|---|
| Case Name: | STEC, JEFFREY RAYMOND | Date Filed (f) or Converted (c): | 08/11/10 (f) |
|  | STEC, MELISSA LASCOLA | 341(a) Meeting Date: | 09/13/10 |
|  |  | Claims Bar Date: | 09/06/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| books, pictures |  |  |  |  |  |
| 23. Wardrobe for 1 adult and 1 child | 270.00 | 0.00 |  | 0.00 | FA |
| Wardrobe for 1 adult and 1 child |  |  |  |  |  |
| 24. wardrobe for one adult and one child | 500.00 | 0.00 |  | 0.00 | FA |
| wardrobe for one adult and one child |  |  |  |  |  |
| 25. Watches | 25.00 | 0.00 |  | 0.00 | FA |
| Watches |  |  |  |  |  |
| 26. wedding band, wedding ring, necklaces, bracelets, | 550.00 | 0.00 |  | 0.00 | FA |
| wedding band, wedding ring, necklaces, bracelets, earrings |  |  |  |  |  |
| 27. Golf clubs; board games; exercise equipment; | 565.00 | 0.00 |  | 0.00 | FA |
| Golf clubs; board games; exercise equipment; |  |  |  |  |  |
| 28. IRA with Vanguard | 5,000.00 | 0.00 |  | 0.00 | FA |
| IRA with Vanguard |  |  |  |  |  |
| 29. Fitness Management Group - in an active chapter 7 | 0.00 | 0.00 |  | 0.00 | FA |
| Fitness Management Group - in an active chapter 7 bankruptcy - assets sold in chapter 11 - several independent peak fitness llcs were merged into this business |  |  |  |  |  |
| 30. Charlotte Sports Center LLC - prior 2% owner | 0.00 | 0.00 |  | 0.00 | FA |
| Charlotte Sports Center LLC - prior 2% owner |  |  |  |  |  |
| 31. Redline Holdings, LLC - property company, no value | 0.00 | 0.00 |  | 0.00 | FA |
| Redline Holdings, LLC - property company, no value - 50% owner |  |  |  |  |  |
| 32. Sampson Stec Properties - property company - stopp | 0.00 | 0.00 |  | 0.00 | FA |
| Sampson Stec Properties - property company - stopped operating 12/09 no value |  |  |  |  |  |
| 33. Peak PropertiesI LLC - property company - stopped | 0.00 | 0.00 |  | 0.00 | FA |
| Peak PropertiesI LLC - property company - stopped operating 06/09 no |  |  |  |  |  |

LFORM1                                                                                                                                                         Ver: 17.02f

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 4

| Case No: | 10-51150 LTB Judge: LAURA T. BEYER | Trustee Name: | BARRETT L. CRAWFORD, TRUSTEE |
|---|---|---|---|
| Case Name: | STEC, JEFFREY RAYMOND | Date Filed (f) or Converted (c): | 08/11/10 (f) |
| | STEC, MELISSA LASCOLA | 341(a) Meeting Date: | 09/13/10 |
| | | Claims Bar Date: | 09/06/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| value | | | | | |
| 34. CSC Real Estate LLC - prior 2% owner, property com | 0.00 | 0.00 | | 0.00 | FA |
| CSC Real Estate LLC - prior 2% owner, property company - no longer operating, no value | | | | | |
| 35. GGCK Inc - fitness center, prior 100% owner stoppe | 0.00 | 0.00 | | 0.00 | FA |
| GGCK Inc - fitness center, prior 100% owner stopped operating 06/09 | | | | | |
| 36. Peak Performance Training - race team, no value - | 0.00 | 0.00 | | 0.00 | FA |
| Peak Performance Training - race team, no value - stopped operating 06/09, 100% owner | | | | | |
| 37. Sampson Stec Properties SC - property company stop | 0.00 | 0.00 | | 0.00 | FA |
| Sampson Stec Properties SC - property company stopped operating 12/09 50 % owner, no value | | | | | |
| 38. Clementine Properties, LLC, property company 50% n | 0.00 | 0.00 | | 0.00 | FA |
| Clementine Properties, LLC, property company 50% no value | | | | | |
| 39. Sampson Stec Properties Statesville - property com | 0.00 | 0.00 | | 0.00 | FA |
| Sampson Stec Properties Statesville - property company prior 50% owner, stopped operating 12/09 | | | | | |
| 40. Peak Coastal Ventures LLC - property company no va | 0.00 | 0.00 | | 0.00 | FA |
| Peak Coastal Ventures LLC - property company no value | | | | | |
| 41. Rascal Holdings - holding company, no value | 0.00 | 0.00 | | 0.00 | FA |
| Rascal Holdings - holding company, no value | | | | | |
| 42. Peak Properties LLC - 33 1/3 owner, stopped operat | 0.00 | 0.00 | | 0.00 | FA |
| Peak Properties LLC - 33 1/3 owner, stopped operating 06/09 - no value | | | | | |
| 43. Kinsley Properties LLC - property company, 50% own | 0.00 | 0.00 | | 0.00 | FA |
| Kinsley Properties LLC - property company, 50% owner, no value - stopped operating 12/09 | | | | | |

LFORM1

Ver: 17.02f

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 5

| Case No: | 10-51150  LTB  Judge: LAURA T. BEYER | Trustee Name: | BARRETT L. CRAWFORD, TRUSTEE |
|---|---|---|---|
| Case Name: | STEC, JEFFREY RAYMOND | Date Filed (f) or Converted (c): | 08/11/10 (f) |
| | STEC, MELISSA LASCOLA | 341(a) Meeting Date: | 09/13/10 |
| | | Claims Bar Date: | 09/06/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 44. Danyelle Properties LLC - 50% owner, property comp | 0.00 | 0.00 | | 0.00 | FA |
| Danyelle Properties LLC - 50% owner, property company - no value, stopper operating 12/09 | | | | | |
| 45. Linda Properties LLC - 50% owner, property company | 0.00 | 0.00 | | 0.00 | FA |
| Linda Properties LLC - 50% owner, property company, no value, stopped operating 12/09 | | | | | |
| 46. Redline Development - 50% owner, construction comp | 0.00 | 0.00 | | 0.00 | FA |
| Redline Development - 50% owner, construction company, no value | | | | | |
| 47. Peak Fitness CP - holding company - no value | 0.00 | 0.00 | | 0.00 | FA |
| Peak Fitness CP - holding company - no value | | | | | |
| 48. Peak Fitness GB - holding company - no value | 0.00 | 0.00 | | 0.00 | FA |
| Peak Fitness GB - holding company - no value | | | | | |
| 49. Peak Properties II LLC - property company - 37 1/2 | 0.00 | 0.00 | | 0.00 | FA |
| Peak Properties II LLC - property company - 37 1/2 % owner, no value | | | | | |
| 50. Macy Properties LLC - holding company - 100% owner | 0.00 | 0.00 | | 0.00 | FA |
| Macy Properties LLC - holding company - 100% owner, no value | | | | | |
| 51. Peak Fitness of Kingsport, LLC - holding company 0 | 0.00 | 0.00 | | 0.00 | FA |
| Peak Fitness of Kingsport, LLC - holding company 07/08 - present | | | | | |
| 52. Peak Fitness of Sandhill, LLC - holding company | 0.00 | 0.00 | | 0.00 | FA |
| Peak Fitness of Sandhill, LLC - holding company | | | | | |
| 53. Z-Max of Danville, LLC - holding company | 0.00 | 0.00 | | 0.00 | FA |
| Z-Max of Danville, LLC - holding company | | | | | |
| 54. Z-Max of Lincolnton, LLC - holding company 100% ow | 0.00 | 0.00 | | 0.00 | FA |
| Z-Max of Lincolnton, LLC - holding company 100% owner no value | | | | | |
| 55. Z-Max Fitness, LLC - holding company, 100% owner, | 0.00 | 0.00 | | 0.00 | FA |
| Z-Max Fitness, LLC - holding company, 100% owner, no value | | | | | |

LFORM1

Ver: 17.02f

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 6

| Case No: | 10-51150 | LTB | Judge: LAURA T. BEYER | Trustee Name: | BARRETT L. CRAWFORD, TRUSTEE |
| --- | --- | --- | --- | --- | --- |
| Case Name: | STEC, JEFFREY RAYMOND | | | Date Filed (f) or Converted (c): | 08/11/10 (f) |
| | STEC, MELISSA LASCOLA | | | 341(a) Meeting Date: | 09/13/10 |
| | | | | Claims Bar Date: | 09/06/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 56. Z-Max Fitness of Kingsport, LLC - holding company,<br>Z-Max Fitness of Kingsport, LLC - holding company, 100% owner, no value | 0.00 | 0.00 | | 0.00 | FA |
| 57. W receipts of $400) monthly which includes both al<br>W receipts of $400) monthly which includes both alimony and child support | 1.00 | 0.00 | | 0.00 | FA |
| 58. 2002 Jeep Wrangler; vin# 1J4FA29P12P762602; featur<br>2002 Jeep Wrangler; vin# 1J4FA29P12P762602; features include: 2d; Power brakes; cruise control; AM/FM, A/C, antilock brakes, vinyl seats; mileage is 50,000; property insured through Progressive Ins policy # 55472663-0 - FMV used | 7,500.00 | 0.00 | | 0.00 | FA |
| 59. Membership at The Point Lake and Golf Club (u)<br>membership resignation refund | 0.00 | 0.00 | | 808.92 | 0.00 |

|  |  |  |  |  | Gross Value of Remaining Assets |
| --- | --- | --- | --- | --- | --- |
| TOTALS (Excluding Unknown Values) | $22,434.05 | $1,697.05 | | $808.92 | $1,697.05 |
|  |  |  |  |  | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

June 30, 2013 SAR - Order Granting Motion to Abandon Property was entered 5/1/2013. Check was sent to Debtor. Awaiting funds to clear estate account, then file Report of No Distribution.

April 30, 2013 - Counsel for Trustee filed Ex Parte Motion to Abandon Funds to Debtors on 4/30/13.

January 31, 2013 - Counsel for Trustee is preparing Motion to Abandon Diminimis Funds.

LFORM1

Ver: 17.02f

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 7

| | | |
|---|---|---|
| Case No: | 10-51150    LTB    Judge: LAURA T. BEYER | Trustee Name:    BARRETT L. CRAWFORD, TRUSTEE |
| Case Name: | STEC, JEFFREY RAYMOND | Date Filed (f) or Converted (c):    08/11/10 (f) |
| | STEC, MELISSA LASCOLA | 341(a) Meeting Date:    09/13/10 |
| | | Claims Bar Date:    09/06/11 |

October 31, 2012 - Trustee's Abandonment motion is still to be filed.

July 25, 2012 - Abandonment motion is to be filed.

January 31, 2012 - Assumption of executory contract did not materialize. Based in part on accountant's report, Trustee will move to abandon all assets and claims.

July 26, 2011 - Motion is being filed to approve assumption and assignment of executory contract.

January 31, 2011 - Section 341 Meeting has been continued; Trustee accountant is reviewing voluminous records.

Initial Projected Date of Final Report (TFR): 12/31/13    Current Projected Date of Final Report (TFR): 12/31/13

/s/    BARRETT L. CRAWFORD, TRUSTEE
_____    Date: 08/06/13
BARRETT L. CRAWFORD, TRUSTEE
LAW OFFICE OF BARRETT L. CRAWFORD, P. A.
209 RODORET ST N
POST OFFICE BOX 400
VALDESE, NC  28690-0400
Phone: (828) 879-2001
Bar Number: 15807

LFORM1    Ver: 17.02f

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 10-51150 -LTB | | Trustee Name: | BARRETT L. CRAWFORD, TRUSTEE |
|---|---|---|---|---|
| Case Name: | STEC, JEFFREY RAYMOND | | Bank Name: | UNION BANK |
| | STEC, MELISSA LASCOLA | | Account Number / CD #: | *******6753 Checking - Non Interest |
| Taxpayer ID No: | *******0211 | | | |
| For Period Ending: | 06/30/13 | | Blanket Bond (per case limit): | $ 652,020.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 808.92 |
| | | | COLUMN TOTALS | | 0.00 | 0.00 | 808.92 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 0.00 | |

Page Subtotals     0.00     0.00

Ver: 17.02f

LFORM24

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 10-51150 -LTB | Trustee Name: | BARRETT L. CRAWFORD, TRUSTEE |
|---|---|---|---|
| Case Name: | STEC, JEFFREY RAYMOND | Bank Name: | BANK OF AMERICA |
|  | STEC, MELISSA LASCOLA | Account Number / CD #: | *******0557 Money Market - Interest Bearing |
| Taxpayer ID No: | *******0211 | | |
| For Period Ending: | 06/30/13 | Blanket Bond (per case limit): | $ 652,020.00 |
| | | Separate Bond (if applicable): | |

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 0.00 | 0.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 0.00 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 0.00 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking - Non Interest - ********6753 | 0.00 | 0.00 | 808.92 |
| Money Market - Interest Bearing - ********0557 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 0.00 | 808.92 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Trustee's Signature: /s/ BARRETT L. CRAWFORD, TRUSTEE  Date: 08/06/13

BARRETT L. CRAWFORD, TRUSTEE
LAW OFFICE OF BARRETT L. CRAWFORD, P. A.
209 RODORET ST N
POST OFFICE BOX 400
VALDESE, NC 28690-0400
Phone: (828) 879-2001
Bar Number: 15807

Page Subtotals  0.00  0.00

Ver: 17.02f

LFORM24